AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HODGES, GEORGE R. | U.S. BANKRUPTCY COURT | 06/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, Retired/Recalled | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 West Trade Street
CHARLOTTE, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationwide Ins. Co. | Triangle Properties Assoc. LLC secured by shopping center in Hickory, NC | P1 |
| 2. | Nationwide Ins. Co. | Note by JM Wallace Land Co. secured by shopping center in Iredell County, NC | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sonoco Products | C | Dividend | M | T | | | | | |
| 2. Merrill Lynch int. bearing demand acct. | A | Interest | M | T | | | | | |
| 3. Bristol Myers Squibb | B | Dividend | L | T | | | | | |
| 4. Oracle Corp. | B | Dividend | M | T | | | | | |
| 5. Lincoln Nat'l. Corp. | B | Dividend | M | T | | | | | |
| 6. Altria Group | B | Dividend | L | T | | | | | |
| 7. Coca Cola Co. | A | Dividend | K | T | | | | | |
| 8. Merck | C | Dividend | M | T | | | | | |
| 9. Microsoft | D | Dividend | N | T | | | | | |
| 10. Duke Energy Corp. | A | Dividend | K | T | | | | | |
| 11. General Electric Co. | C | Dividend | L | T | | | | | |
| 12. Philip Morris Int'l. Inc. | C | Dividend | L | T | | | | | |
| 13. ML CMA demand deposit | A | Interest | N | T | | | | | |
| 14. N Carolina Estn MPA Sys | A | Interest | J | T | | | | | |
| 15. CSX Corp. | B | Dividend | L | T | | | | | |
| 16. IBM Corp. | B | Dividend | K | T | | | | | |
| 17. Nash Hlth Cre Sys NCHCF | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway CLB | | None | M | T | | | | | |
| 19. N. Car. MCC. Healthcare HFC | B | Interest | L | T | | | | | |
| 20. Johnson + Johnson | B | Dividend | L | T | | | | | |
| 21. American Balanced Fund | C | Interest | M | T | | | | | |
| 22. American Fundamental | B | Interest | M | T | | | | | |
| 23. First Eagle Overseas FD | A | Interest | L | T | | | | | |
| 24. First Eagle Global FD | A | Interest | M | T | | | | | |
| 25. JPMorgan Inc. Bldr. FD | B | Interest | L | T | | | | | |
| 26. IRA - Cash/Money Mkt. | A | Interest | J | T | | | | | |
| 27. IRA - American Capital Wld Fund | B | Interest | L | T | | | | | |
| 28. IRA - American Cap Inc. Bldr. | B | Interest | L | T | | | | | |
| 29. IRA - American Growth Fund | A | Interest | L | T | | | | | |
| 30. 529 College Amer. Fund | B | Dividend | L | T | | | | | |
| 31. American AMCAP 529A | A | Dividend | K | T | | | | | |
| 32. American BDFD 529A | A | Dividend | J | T | | | | | |
| 33. American CAP WRLD G&I 529A | A | Dividend | J | T | | | | | |
| 34. Cisco Sys | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Emerson Elec | B | Dividend | L | T | | | | | |
| 36. Nucor Corp. | B | Dividend | L | T | | | | | |
| 37. American EUROPACIFIC 529A | A | Dividend | K | T | | | | | |
| 38. American GR FD of Amer 529A | A | Dividend | K | T | | | | | |
| 39. Amer. SMALLCAP World 529A | A | Dividend | K | T | | | | | |
| 40. Amer. WA Mutual 529A | A | Dividend | J | T | | | | | |
| 41. IRA -- BOA RASP | A | Interest | K | T | | | | | |
| 42. IRA -- Altria Group | A | Dividend | K | T | Sold (part) | 06/22/16 | J | A | Merrill Lynch |
| 43. IRA -- Bristol My. Sq. | | None | | | Sold | 01/11/16 | J | A | Merrill Lynch |
| 44. IRA -- Carnival Corp. Pr. | A | Dividend | K | T | Buy (add'l) | 06/22/16 | J | | Merrill Lynch |
| 45. IRA -- Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 07/20/16 | J | | Merrill Lynch |
| 46. IRA -- Cinn. Fin. Crp. | A | Dividend | J | T | | | | | |
| 47. IRA -- Cisco Sys. Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 48. IRA -- Coca Cola Com | A | Dividend | J | T | Buy (add'l) | 03/29/16 | J | | Merrill Lynch |
| 49. IRA -- Conoco Phillips | A | Dividend | | | Sold | 02/05/16 | J | A | Merrill Lynch |
| 50. IRA -- Corr. Corp. Am. | A | Dividend | | | Sold | 10/12/16 | J | A | Merrill Lynch |
| 51. IRA -- Dominion Res. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA -- Duke Energy | A | Dividend | J | T | | | | | |
| 53. IRA -- Eli Lilly | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 54. IRA -- Gen. Dynamics | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 55. IRA -- Hasbro Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 56. | | | | | Sold (part) | 07/06/16 | J | A | Merrill Lynch |
| 57. IRA -- Intel Corp. | A | Dividend | J | T | | | | | |
| 58. IRA -- Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 59. IRA -- Lowes Cos. | A | Dividend | J | T | Sold (part) | 07/20/16 | J | A | Merrill Lynch |
| 60. IRA -- Microsoft | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | Merrill Lynch |
| 61. IRA -- Newmarket Corp. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 62. IRA -- Paychex Inc. | A | Dividend | J | T | | | | | |
| 63. IRA -- Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 64. IRA -- Reynolds Am. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 65. | | | | | Sold (part) | 04/01/16 | J | A | Merrill Lynch |
| 66. IRA -- Mosaic Co. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 67. IRA -- Verizon Commun. | A | Dividend | J | T | Buy (add'l) | 07/19/16 | J | | Merrill Lynch |
| 68. IRA -- Del. Value Fd. | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA -- Eaton Vance ATL | C | Dividend | L | T | Sold (part) | 12/09/16 | J | A | Merrill Lynch |
| 70. IRA -- IShares Russell | D | Dividend | M | T | | | | | |
| 71. IRA -- Loomis Sayles Bed. Fd. | E | Dividend | | | Sold | 08/02/16 | N | A | Merrill Lynch |
| 72. IRA -- MFS Int'l Value | C | Dividend | M | T | | | | | |
| 73. IRA -- Southern Co. | A | Dividend | | | Sold | 10/25/16 | J | A | Merrill Lynch |
| 74. IRA -- H&R Block | A | Dividend | J | T | Buy (add'l) | 02/03/16 | J | | Merrill Lynch |
| 75. IRA -- Berkshire Hath. | A | Dividend | J | T | Buy | 02/01/16 | J | | Merrill Lynch |
| 76. IRA -- Diageo SPSD | A | Dividend | J | T | Buy | 06/29/16 | J | | Merrill Lynch |
| 77. IRA -- General Mills | A | Dividend | J | T | Buy | 03/29/16 | J | | Merrill Lynch |
| 78. IRA -- Merck & Co. | A | Dividend | J | T | Buy | 01/07/16 | J | | Merrill Lynch |
| 79. IRA -- Western Asset Bd. | A | Dividend | N | T | Buy | 08/02/16 | N | | Merrill Lynch |
| 80. IRA -- CA Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 81. IRA -- CommSales&L | A | Dividend | | | Sold | 02/18/16 | J | A | Merrill Lynch |
| 82. IRA -- Gen.Electric | A | Dividend | K | T | | | | | |
| 83. IRA -- Norfolk So. | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | Merrill Lynch |
| 84. Intel | B | Dividend | L | T | | | | | |
| 85. Int'l Bkt Stepup Ins. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. KinderMorgan | B | Dividend | K | T | | | | | |
| 87. SpectraEnergy | C | Dividend | L | T | | | | | |
| 88. SX5E Stepup 4/15 | | None | M | T | | | | | |
| 89. SX5E Stepup 10/16 | | None | L | T | | | | | |
| 90. IRA - BB&T variable rate time investment | A | Dividend | K | T | | | | | |
| 91. BB&T demand deposit | A | Interest | N | T | | | | | |
| 92. Merrill Lynch CMA | A | Interest | N | T | | | | | |
| 93. Coca Cola Co. | D | Dividend | N | T | | | | | |
| 94. Spectra Energy | C | Dividend | M | T | | | | | |
| 95. Duke Energy Corp. | D | Dividend | M | T | | | | | |
| 96. Exxon/Mobil Corp. | E | Dividend | O | T | | | | | |
| 97. General Electric Co. | D | Dividend | N | T | | | | | |
| 98. International Paper Co. | C | Dividend | M | T | | | | | |
| 99. Sonoco Products | C | Dividend | M | T | | | | | |
| 100. Schlumberger, Ltd. | B | Dividend | L | T | | | | | |
| 101. Merck Co. | D | Dividend | N | T | | | | | |
| 102. Triangle Properties Assoc., LLC | G | Distribution | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  J.M. Wallace Land Co., LLC | G | Distribution | P1 | U | | | | | |
| 104.  East Mecklenburg Co. | G | Distribution | O | U | | | | | |
| 105.  The Mason Wallace Co., LLC | G | Distribution | P1 | U | | | | | |
| 106.  Indian Land, SC Investment Real Estate | | None | N | W | | | | | |
| 107.  Microsoft | D | Dividend | N | T | | | | | |
| 108.  McDonalds Corp. | D | Dividend | M | T | | | | | |
| 109.  Verizon Comm. | D | Dividend | M | T | | | | | |
| 110.  AT&T | D | Dividend | M | T | | | | | |
| 111.  Phillips 66 | C | Dividend | M | T | | | | | |
| 112.  Pfizer | D | Dividend | M | T | | | | | |
| 113.  Chevron Corp. | D | Dividend | M | T | | | | | . |
| 114.  Express Scripts Hldg | | None | K | T | | | | | |
| 115.  Conoco Phillips | C | Dividend | M | T | | | | | |
| 116.  Baxter Int'l. | B | Dividend | M | T | | | | | |
| 117.  Bristol Myers Squibb | D | Dividend | M | T | | | | | |
| 118.  Dominion Res. | D | Dividend | M | T | | | | | |
| 119.  SX5E Stepup | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Emerson Electric | B | Dividend | K | T | | | | | |
| 121. IBM | C | Dividend | L | T | | | | | |
| 122. Nucor Corp. | B | Dividend | L | T | | | | | |
| 123. Lockheed Martin | D | Dividend | N | T | | | | | |
| 124. Lowes Cos. | D | Dividend | N | T | | | | | |
| 125. Pepsico | C | Dividend | M | T | | | | | |
| 126. INTER VIVOS TRUST Dtd 11-22-89 | | None | L | T | | | | | |
| 127. John Hancock Life Insurance Policy: | | None | M | T | | | | | |
| 128. BB&T Demand Deposit Account | A | Interest | J | T | | | | | |
| 129. Prudential Financial | A | Dividend | K | T | | | | | |
| 130. NY Life Fixed Annunity | D | Interest | M | T | | | | | |
| 131. Fst. Eagle Global FD | B | Dividend | N | T | | | | | |
| 132. Baxalta Inc. | A | Dividend | | | Donated (part) | | | | |
| 133. | | | | | Sold | 06/06/16 | N | | Merrill Lynch |
| 134. Catepillar Inc. | C | Dividend | L | T | | | | | |
| 135. CSX Corp. | A | Dividend | K | T | | | | | |
| 136. Intel Corp. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. KinderMorgan | B | Dividend | L | T | | | | | |
| 138. Price T. Rowe Grp. | B | Dividend | K | T | | | | | |
| 139. Merrill Lynch Mgd. Acct. | E | Dividend | O | T | | | | | |
| 140. Shire PLC-ADR | A | Dividend | J | T | Buy | 06/07/16 | J | | Merrill Lynch |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 06/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS
  Trustee   Inter Vivos life insuarnce trust dated 11-22-89.

VII.  INVESTMENTS and TRUSTS

  Conflicts:  I do not handle any disputes involving any company in which stock is owned (individually and as Trustee).  Also, I do not handle any disputes involving closely held businesses or anything related thereto.  Those matters are assigned to the other bankruptcy judges in the Western District of North Carolina. I no longer have a conflict on matters involving Bank of America, since my brother's retirement from it.  The Committee on Codes of Conduct has determined that that is not a conflict for my hearing disputes involving BB&T on account of a brother-in-law's involvement on a "local board" of the bank.

Note:  Income is received from several closely held family corporations including East Mecklenburg Corp. ("S" corporation), The Mason Wallace Co., LLC, J.M. Wallace Land Co., LLC, and Triangle Properties Associates, LLC, and real property owned in common.  This is in the nature of investment income and is reported in PART VII.  The corporations buy, sell and own real estate, but the stockholders do not control any of those decisions or assets individuallly.

I own two cows that produce calves that I sell.  The cows have a value of $1,000.  During 2016, I sold two calves at the Chesnee Livestock Market for a total of $547.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE R. HODGES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544